IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| Lakeythia Gates, On Behalf of Herself and All Others Similarly Situated, | § § § | |
| Plaintiff, | § § | |
| v. | § § | CASE NO. 6:22-cv-00045-ADA-DTG |
| Support Services Group, Inc. (a/k/a Legacy Support Services, LTD and/or Legacy Support Services, LLC), | § § § § § | |
| Defendant. | § § | |

**APPENDIX IN SUPPORT OF JOINT MOTION TO**
**APPROVE SETTLEMENT AND DISMISS CASE WITH PREJUDICE**

Plaintiff Lakeythia Gates ("Plaintiff") and Defendant Support Services Group, Inc. (a/k/a Legacy Support Services, LTD and/or Legacy Support Services, LLC) ("Defendant"), file this Appendix in Support of the Joint Motion to Approve Settlement and Dismiss this Case with Prejudice. That Motion cites the pleadings on file in this case in addition to the following documents.

| Document | Pages |
|---|---|
| Exhibit 1 – Settlement Agreement | 1 - 38 |
| Exhibit 2 – Declaration of Plaintiff's counsel, Allen R. Vaught | 39 - 68 |

Date: October 10, 2024.

*Appendix in Support of Joint Motion to Approve Settlement – Page 1*

Respectfully Submitted,

s/ *Allen R. Vaught*
Allen R. Vaught
Attorney-In-Charge
TX Bar No. 24004966
Vaught Firm, LLC
1910 Pacific Ave., Suite 9150
Dallas, Texas 75201
(972) 707-7816 – Telephone
(972) 591-4564 – Facsimile
avaught@txlaborlaw.com

**ATTORNEY FOR PLAINTIFF**

Respectfully Submitted,

By: s/ *Susan E. Cates*
Susan E. Cates
Attorney-in-Charge
State Bar No. 24044932
McFadden Trachtenberg PLLC
4200 Montrose Boulevard, Suite 300
Houston, Texas 77006
(254) 744-7734 – telephone
(254) 713-688-6789 – facsimile
susan@greatlaw.com

**ATTORNEYS FOR DEFENDANT SUPPORT SERVICES GROUP, INC.**

## CERTIFICATE OF SERVICE

On October 10, 2024, I electronically submitted the foregoing document with the Clerk of Court for the United States District Court, Western District of Texas, using the CM/ECF method. I certify that I have served all counsel of record electronically.

s/*Allen R. Vaught*
Allen R. Vaught