IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| Lakeythia Gates, On Behalf of Herself and All Others Similarly Situated, § § § § Plaintiff, § § v. § § Support Services Group, Inc. (a/k/a Legacy § Support Services, LTD and/or Legacy Support § Services, LLC), § § Defendant. § | CASE NO. 6:22-cv-00045-ADA-DTG |

**ORDER GRANTING JOINT MOTION TO APPROVE SETTLEMENT AND DISMISS CASE WITH PREJUDICE**

Before the Court is the Joint Motion to Approve Settlement and Dismiss this Case with Prejudice (the "Motion") filed by Plaintiff Lakeythia Gates ("Plaintiff") and Defendant Support Services Group, Inc. (a/k/a Legacy Support Services, LTD and/or Legacy Support Services, LLC) ("Defendant") (collectively the "Parties").

Having received and considered the Motion and the Settlement Agreement attached thereto the Court **GRANTS** the Motion and **HEREBY ORDERS, ADJUDGES, DECREES** as follows:

## I. DEFINITIONS

Except as otherwise specified herein, the Court, for purposes of this Order, adopts all defined terms set forth in the Settlement Agreement.

## II. COLLECTIVE CERTIFICATION UNDER THE FLSA

The Court finds and determines that the FLSA Settlement Class, as defined in the definitions section of the Settlement Agreement, meets all of the legal requirements for certification as a collective action under the FLSA, 29 U.S.C. § 216(b), and it is hereby ordered

that the FLSA Settlement Class is certified as a collective action for purposes of settlement of this action.

### III.  FAIRNESS

Pursuant to the FLSA, the Court finds that the terms of the Settlement Agreement are fair, reasonable, and adequate to Plaintiff and the Final Settlement Class and resolves bona fide disputes regarding FLSA overtime compensation relative to Plaintiff and the Final Settlement Class.

The Court Orders that the Settlement Agreement is approved, and that all terms and provisions of the Settlement Agreement should be and hereby are ordered to be consummated.

The Court finds and determines that the payments to be made to the Plaintiff and the Final Class Members from the Maximum Gross Settlement Amount as provided for in the Settlement Agreement are fair and reasonable.

### IV.  APPROVAL OF CLAIMS ADMINSTARTOR AND SETTLEMENT EXPENSES

The Court approves Rust Consulting to serve as the Claims Administrator pursuant to the terms of the Settlement Agreement. The Court approves the payment of Settlement Expenses to the Claims Administrator from the Maximum Gross Settlement Amount in the amount of $29,906.00 as set forth in the Settlement Agreement. The Claims Administrator is directed to take actions identified in the Settlement Agreement to facilitate administration of same.

### V.  APPROVAL OF LEGAL FEES AND COSTS

The Court finds that the legal fees identified in the Settlement Agreement for Allen R. Vaught ("Class Counsel"), as counsel for Plaintiff and the Final Settlement Class, to be paid from the Maximum Gross Settlement Amount are reasonable. The Court approves payment to of legal fees in the amount of $59,400.00 from the Maximum Gross Settlement Amount to Class Counsel.

The Court finds that the costs identified in the Settlement Agreement to be paid from the Maximum Gross Settlement Amount to Class Counsel are reasonable. The Court approves payment of costs in the amount of $5,909.00 from the Maximum Gross Settlement Amount to Class Counsel.

### VI.    FINAL JUDGMENT AND DISMISSAL

The Court hereby enters final judgment in this action approving the Settlement Agreement.

Without affecting the finality of the Court's judgment in any way, the Court retains jurisdiction over this matter for purposes of resolving issues relating to the interpretation, administration, implementation, effectuation and enforcement of the Settlement Agreement. Nothing in this Order will preclude any action to enforce the Parties' obligations under the Settlement Agreement or under this Order, including the requirement that Defendant make the Maximum Gross Settlement Amount payment in accordance with the terms of the Settlement Agreement.

The Parties are hereby ordered to comply with the terms of the Settlement Agreement.

This action is dismissed with prejudice with each side to bear its own costs and attorneys' fees except as provided by the Settlement Agreement and the Court's Orders.

**SO ORDERED.**

**SIGNED** this 11th day of October, 2024.

_____
**ALAN D ALBRIGHT**
**UNITED STATES DISTRICT JUDGE**